UNITED STATES DISTRICT COURT MIDDLE DISTRICT PENNSYLVANIA

(1)

DOCKET NO:
CP-67-CR-0004733-2019

Civil ACTION 1983

KENNETH HARRIS #QB743X

S.C.I. Rockview

P.O. BOX A
1, ROCKVIEW PLACE
BELLEFONTE PA 16823

PRO-SE

KENNETH HARRIS

vs.

DETECTIVE TIFFANY PITTS

OFFICER NOTHSTEIN
YORK CITY POLICE DEPARTMENT

FILED
SCRANTON

MAR - 7 2022

PER_____
DEPUTY CLERK

HABEUS CORPUS

To, THE Civil COURT I AM INCLOSING A COPY OF A POST CONVICTION SURROUNDING INFORMATION CONCERNING UNLAWFUL ARREST AND STAGING A CRIME SCENE AND USEING FALSE TESTIMONY KNOWINGLY PRESENTING FALSE STATEMENTS IN ORDER TO OBTAIN A CONVICTION (A) LEGAL DOCUMENT WITH A CONFESSION FROM 1) DET. PITTS 2) OFFICER NOTHSTEIN, 3). APRIL 7th 2020 DISTRICT ATTORNEY SHERMAN OF YORK COUNTY JUDICIAL CENTER WAS ORDERED TO INVESTIGATE A WARRANT IN 3 CASE'S THE ORDERING JUDGE MS, COOK, THIS ORDER WAS HANDED DOWN DUE TO A MOTION FILED BY THE PLAINTIFF UNDER MOTION COMPELLING EVIDENCE SURROUNDING A WARRANT CONCERNING AN ARREST DATED JUNE 28th 2019, THIS WRIT IS TO SHOW THAT EACH CASE HAD NO WARRANT AND NO PROBABLE CAUSE THIS WAS KNOWN BY EACH OFFICER, LET ME REFER YOU TO THE →

TRANSCRIPTS of This CASE, ALSO STATE POLICE REPORTS FROM THE FORENSIC LAB, NOW ONE MUST LOOK AT HOW did STATE Police BECOME INVOLVED IN This CASE Jurisdiction wise WE will LEARN Why? WE will LEARN FROM 80, PAGES OF Discovery 7-2-2019 PLAINTIFF didNOT RECIEVE ANY OF This document INTILL 7-24-2020 1 WHOLE YEAR, NOW ONE MAY SAY HOW doe's 2 Cop's HAVE ANYthing To do With THE D/AS OFFICE, OR THE Commonwealth COURT SYSTEM, Well Alot, They ARE AGENTS OF THE COURT 80, PAGES OF TRUE YORK Hospital FORENSIC INFORMATION THAT WAS KNOWN BY BOTH OFFICER'S Who HAd Full KNOWLEDGE OF THESE documents, NighT OF THE INSODENT JUNE 11th 2019 YORK Hospital RELEASE Full INFORMATION THAT NO CRIME TOOK PLACE, OFFICER ROTHSTEIN HAD Full KNOWLEDGE HE WAS ASSIGNED TO THE VICTIM All NighT INTILL His ShiFT CHANGED 6 AM JUNE 12th 2019, His INVESTIGATIVE REPORT IS IN deep CONFLICTION FROM JUNE 11th 2019 WHEN HE ARRIVED AT 130 S. BEAVER STREET APT 3, With A Body CAM ON Along With 2 other YORK Police OFFICE'S EACH HAViNG Body CAM'S ON, QUESTIONING MYSElF ANd THE SO CAlLED VICTIM, EACH Body CAM/Showing ME With VICTIM, 1), I LEAVEd THERE ANd getting up FROM THE So CAlled NO Clothening oN, And MY SLEEPING AREA WAS THE LiVing Room OF THE APARTMENT, IT's SEEN ON TAPE THAT THE VICTIM STATES A Number OF TimE's HE DidNOT RAPE ME, police OFFICER'S ASK ME did I HAVE ANY other SOBER LOCATION I Could go To I SAID MY X girls SON'S HOUSE 286 W. Cottage STREET

NOW OFFICER NOTHSTEIN IS AT THE HOSPITAL FROM 6/11/201 TO 6/12/2019 HE'S INJURY OF THE MATTER READ'S 0 ON 6/12/2019 HE'S INVESTIGATIVE REPORT CHANGE'S FOR NO CAUSE, WE SEE LATTER DET. PITT'S HAD HIM CHANGE HIS INVESTIGATIVE REPORT FROM JUNE 11th 2019 TO JUNE 12th 2019 DETECTIVE PITT'S STEP'S IN, HAVING FULL KNOWLEDGE THAT ALL HOSPITAL REPORT'S SHOW NO CRIME TOOK PLACE DET. PITT'S GOE'S TO THE VICTIM'S APARTMENT AND REMOVE'S UNDERWARE FROM THE VICTIM'S DIRTY CLOTHENING BASKET WITH NO BLOOD WARRANT, LET ME REMINED THE COURT THE VICTIM WAS UNDER OFFICER NOTHSTEIN CARE 6/11/2019 AT YORK HOSPITAL THE VICTIM WAS WARING UNDERWARE AT THAT TIME, TH'S MEAN'S DET. PITT'S INVADED THE VICTIM'S HOME AND TOOK ANOTHER PAIR OF UNDERWARE. NOW WE SEE HOW 2 PAIR OF UNDERWARE CAME INTO PLAY, SO THE STATE POLICE FORENSIC'S WERE INVOLVED DUE TO DET. PITT'S HAVING A BUDDY WHO DOE'S D.N.A. TESTING WITH NO BLOOD WARRANT NOW LET'S LOOK AT HOW DET. PITT'S STAGE TH'S CRIME SCENE

1). YORK HOSPITAL FORENSIC SHOW'S 0 FROM HEAD TO TOE EVEN UNDERWARE WORN BY THE VICTIM

2). NOW DET. PITT'S NEEDED A REASON TO TEST THE 2nd PAIR OF UNDERWARE JUNE 28th 2019 I WAS ARRESTED JUNE 29th 2019 DET. PITT'S TAKE'S MY SWAB FOR D.N.A. WITH NO BLOOD BODY WARRANT

NOW WE SEE ON STATE POLICE FORENSIC LAB D.N.A. TEST ON UNDERWARE DET, PITTS ADMITS TO HER WRONG ON REPORT, SHE MAY SAY POLICE BUSINESS BUT JUST FOR THE RECORD WHAT IF I AND THE VICTIM HAD SEX BEFORE JUNE 11th 2019 AND SHE PLACED THOSE UNDERWARE INTO THE DIRTY CLOTHENING BASKET THIS WOULD MEAN DET, PITTS WOULD HAVE GOTTON A D.N.A. FOR HER STAGED CRIME NOW LET'S LOOK AT THE STATE POLICE REPORT AND LET'S COMPARE BOTH STATEMENTS FROM OFFICER NOTHSTEIN JUNE 11th 2019 STATE'S NO INJURY NO INSODENT, PLAINTIFF WAS ESCORTED TO ANOTHER LOCATION JUNE 12th 2019 STATEMENT CHANGE'S TO RAPE, AND SEXUAL ASSAULT HOW IS THIS POSSIBLE AND YOU CANNOT MANDER A WARRANT IF YOU LOOK AT LEGAL DOCUMENT 4-7-2020 YOU WILL NOTE THAT EACH OFFICER STATE UNDER OATH TO D/A SHERMAN THAT THE HAD NO LEGAL WARRANT AND NO PROBABLE CAUSE FOR NONE OF THE CASE'S (A) 5049-2019 (B) 4733-2019 (C) 4867-2019, NOW HOW WAS THIS LEGALLY POSSIBLE TO ARREST ME AFTER STAT CHARGE'S WERE FILED WITH NO WARRANT

(5)

This show's alot unlawful ARREST, unlawful conduct we say both had knowledge of there action and had time to correct there wrong, PROSECUTORIAL Misconduct play's a Big PART IN This BECAUSE AFTER INVESTIGATING DET. PITTS, And OFFICER nothsTein A FurTher INVESTIGATION WAS TO HAVE BEEN conducted DUE TO OVER WELHNiNg EVidence OF PERJURY TAINTED Legal STATEMENTS, TAINTED TESTIMONY And Witholding Legal DoCUMENTS YORK HOSPITAL FORENSIC Lab RECORds CONCERNing THE VicTim, And All 80 PAGES CLEAR ME OF ANY RAPE And SEXUAL ASSAULT This CAUSED grANT ConfussioN IN The DUE PROCESS of LAW, IN This CASE, It show's LIES WERE TOld under OAth on The STANd AT SMALL CourT PRETA NiNg TO (PRIMA-FACIE) LIES WERE TOld ON TRANSCRIPTS, WHERE THE VICTim WAS TOld NOT TO Show up And DET. PITTS And OFFICER NothsTeiN TOOK THE STAND And SPOKE FOR THE VICTim OFF OF LIES THEY WERE WELL AWARE OF NOTE: THEY KNEW THEY HAD NO WARRANT THEY LIED OF This And LIED CONCERNING PROBABLE CAUSE TO ARREST, WE SEE This From/KNOWING FIRST HAND JUNE 11th 2019 From YORK HOSPITAL RESULTS OF TESTINg And EXAM'S CONCERNIng THE VicTim. WE FURTHER SEE Both COP'S KNOWNING IN

Taking the stand under oath at small court that they had to commit perjury in order to gain prima-facie once this was done the case would be bound over to big court once again 4-7-20 legal document plays a big major part in this because no way can either cop say they had no idea, nor can they say they arrested by way of a warrantless arrest, also detective Pitt's had full knowledge stemming from June 12th 2019 to June 27th 2019 transcripts show's the victim with Det. Pitt's at York police station under interview on body cam, the victim tells Det. Pitt's a number of time no he did not rape me, so tell me why? Det. Pitt's and officer Nothstein would violate all due process rights concerning my rights to a fare due process if You will read under Commonwealth US, Laboudi 2013 PA, Super un-fied (a prima-facie exist when the commonwealth produce's evidence of each of the material alements of the crime charged and establish probable cause to warrant the belief that the accused committed the offense. So from this to gain prima-facie You lied to obtain it You used hearsay evidence knowing it was a lie from York Hospital reports → Commonwealth US. McCelland, 233, A. 3d 717 PA (2020 → Comm US. Burke 566 PA, 402, 781 A2d 1136, 1142 (PA 2001)

NOW This CAUSED MAJOR DUE PROCESS OF LAW IN MY GRAND JURY MOMENT, BY BOTH OFFICER'S PLAYING APART IN LYING FOR PRIMA-FACIE RESULT'S, YOU FURTHER YOUR LIE'S CONCERNING GRAND JURY TO OBTAIN AN INDICTMENT CONCERNING THE CASE → IT FURTHER SHOW'S YOU LIED AGAIN UNDER OATH BECAUSE IF YOU VIEW THE TRUE (BILL OF PARTICULAR'S) IT PROVE'S YOU BOTH LIED AND HAD INVOLVEMENT IN A A LIE TO GAIN AN INDICTMENT, AFTER ALL TH.'S BOTH COP'S CONTINUE TO LIE IN FURTHER "HEARING'S" IN TRIAL AND DET. PITT'S HAD THE GUT'S TO WRITE PRE-SENTENCE "INVESTIGATION" BEFORE TRIAL SAYING I HAD AND HAVE NO REMORSE FOR THE RAPE AND SEXUAL ASSAULT, HOW CAN YOU SLEEP, KNOWING YOUR A LYING NO GOOD - - - - - SO THIS GOE'S FURTHER, YOU BOTH TOOK OATH'S ON EACH OF THESE CASE'S AND LIED ON EACH AS A RESULT EVIDENCE WAS KEPT FROM JURY MEMBER'S WHICH WOULD HAVE CLEARED ALL MATTER'S OF ANY SEX CRIME FORENSIC'S DON'T LIE PEOPLE DO SO WE HAVE AS EVIDENCE IN THIS CASE OVER WHELMING (A) LEGAL CONFESSION DOCUMENT 4-7-2020 (B) ON THIS DOCUMENT AS WELL IS THE D.N.A. SOLOGY TEST = 0 (C) STATE POLICE FORENSIC LAB = 0 (D) YORK HOSPITAL FORENSIC'S 80 PAGE'S ALL PROOF THAT NO RAPE NOR AND SEXUAL ASSAULT TOOK →

PLACE, ONE NEED'S TO ASK WHY? DET. Pitt's AND OFFICER NOTHSTEIN ARE INVOLVED IN A ENHANCED (BODY CAM → THAT WAS PLAYED IN TRIAL WAS NOT THE ORGINAL BODY CAM OF JUNE 11th 2019 NOW TO TRUST I AM TELLING THE TRUTH I ASK THAT THE COURT'S PLAY THE TRIAL BODY CAM DISC AND THEN PLAY THE ORGINAL BODY CAM DISCO FROM JUNE 11th 2019, 130 S. BEAVER STREET APT 3, You WILL FINED THE SYSTEM IN YORK COUNTY IS ILLEGAL TO THE CORE THEREFORE I REQUEST THAT IF IT PLEASE THE COURT TO REVIEW EVERY WORD I SPOKE UPON AND YOU WILL GRANT THIS CIVIL ACTION AGAINST TWO DIETY COP'S,

THANK YOU

RELIEF SECTION

1). I ASK TO BE GIVEN A NEW TRIAL

2). I ASK THAT ALL CHARGES BE VACATED AND DROP

3). I ASK THAT I BE ALLOWED TO FILE CRIMINAL CHARGES ON BOTH OFFICERS

4). I ASK TO BE COMPENSATED BY WAY OF MONITARY UNIT PAYMENT FROM JUNE 28th 2019 TILL THIS VERY MOMENT

5). CHARGES Filed WILL BE UNLAWFUL ARREST AND UNLAWFUL, CONDUCT,

CERTIFICATIONS OF

SERVICE

1). UNITED STATE'S DISTRICT COURT
    CLERK OF THE COURT
    MIDDLE DISTRICT OF PENNSYLVANIA
        P.O. BOX 1148
    235 N. WASHINGTON AVENUE
    SCRANTON PA 18501-1148

2). ATTORNEY FOR THE DEFENSE
        REQUESTED

FROM, KENNETH HARRIS #Q67430

S.C.I. ROCKVIEW

P.O. BOX A

1, ROCKVIEW PLACE

BELLEFONTE, PA 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS



US POSTAGE
ZIP 16823
02 4W
0000376203 MAR 02 2022
$ 001.96

RECEIVED
SCRANTON

MAR 07 2022

PER _____

DEPUTY CLERK

ATTN. PLEASE

CLERK OF THE COURT

UNITED STATE'S DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 1148

235 N. WASHINGTON AVENUE

SCRANTON PA 18501-1148